**Order entered July 7, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01222-CR

**ANGEL ESPINO PALOMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-63321-H**

## ORDER

The Court **REINSTATES** the appeal.

On June 2, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On July 3, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the June 2, 2014 order requiring findings.

We **GRANT** the July 3, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     DAVID EVANS
        JUSTICE